184

(No. 5844— )

ROGERS PARK MANOR, INC., Claimant, *vs.* STATE OF ILLINOIS, DIXON STATE SCHOOL, Respondent.

*Opinion filed April 27, 1971.*

ROGERS PARK MANOR, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5849— )

FRANK MILLOY, M.D., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

FRANK MILLOY, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5869— )

LICATA MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

LICATA MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

185

HOLDERMAN, J.

(No. 5871—

LICATA MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1971.*

LICATA MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5875—

ST. FRANCIS HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed April 27, 1971.*

ST. FRANCIS HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5881—

GARDEN CITY ENGINEERING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.